1068

No. 10–6570. MULDER v. WILLIAMS, WARDEN. C. A. 9th Cir. Certiorari denied. 

No. 10–6577. RAVER v. BRUNSMAN, WARDEN. C. A. 6th Cir. Certiorari denied. 

No. 10–6583. MEDINA v. SCRIBNER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–6585. JEFFRIES v. HEDGPETH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–6587. BOWLES v. MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied. 

No. 10–6590. MEEKS v. TENNESSEE DEPARTMENT OF CORRECTION ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–6600. STRONG v. NEW YORK CITY DEPARTMENT OF EDUCATION. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. 

No. 10–6601. MCKINLEY v. OREGON. Ct. App. Ore. Certiorari denied.

No. 10–6605. GUZMAN-SOTO v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied. 

No. 10–6609. WERDLOW v. CARUSO ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–6612. BRYANT v. FAYRAM, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 10–6617. JONES v. TEXAS DEPARTMENT OF CRIMINAL JUSTICE ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–6624. DE MOSS v. COTHRON ET AL. Ct. App. Tex., 11th Dist. Certiorari denied.

No. 10–6626. BROADUS v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied. 

No. 10–6627. BLAKELY v. TATARSKY ET AL. C. A. 4th Cir. Certiorari denied.